AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

— OFFENSE CHARGED —

18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License;
18 U.S.C. § 924(n) – Travel within the United States with
Intent to Violate 18 U.S.C. § 922(a)(1)(A)
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture
Allegation

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   SEE ATTACHMENT TO PENALTY SHEET

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

OAKLAND DIVISION

— DEFENDANT - U.S —

~~SEALED BY ORDER~~
~~OF THE COURT~~

▶ NAJEE ERIC THOMPSON

DISTRICT COURT NUMBER

CR 23 0199 YGR

— PROCEEDING —

Name of Complaintant Agency, or Person (& Title, if any)

The Bureau of Alcohol, Tobacco, Firearms and Explosives

☐ person is awaiting trial in another Federal or State Court,
give name of court

_____

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

_____

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.
_____

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

} _____

Name and Office of Person
Furnishing Information on this form ____ ISMAIL J. RAMSEY ____

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      Benjamin K. Kleinman

— DEFENDANT —

**IS *NOT* IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
     summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**F I L E D**

JUN 29 2023 BM

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
                              } ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
     If answer to (6) is "Yes", show name of institution

_____

Has detainer ☐ Yes    } If "Yes"
been filed?   ☐ No      give date
                           filed  _____

DATE OF ▶   Month/Day/Year
ARREST      _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY       _____

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

_____

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

ATTACHMENT TO PENALTY SHEET – NAJEE ERIC THOMPSON

Count 1: maximum term of imprisonment of 5 years, maximum supervised release term of 3 years, maximum fine of $250,000, mandatory special assessment of $100, and forfeiture.

Count 2: maximum term of imprisonment of 10 years, maximum supervised release term of 3 years, maximum fine of $250,000, mandatory special assessment of $100, and forfeiture.

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

## VENUE: OAKLAND

UNITED STATES OF AMERICA,

V.

NAJEE ERIC THOMPSON,

SEALED BY ORDER
OF THE COURT

CR 23 0199

FILED   YGR

JUN 29 2023 PM

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License;
18 U.S.C. § 924(n) – Travel within the United States with Intent to Violate 18
U.S.C. § 922(a)(1)(A);
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

_/s/ Foreperson of the Grand Jury_
Foreman

Filed in open court this ___29th___ day of

June, 2023 .

_Ivy L. Garcia_, 6/29/23
Clerk

Bail, $ ___No Bail___
6/29/23

HON. DONNA M. RYU, Chief Magistrate Judge

1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2

3

4

**FILED**

5

JUN 29 2023 *BM*

6

SEALED BY ORDER
OF THE COURT

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

11 | UNITED STATES OF AMERICA,        )   CASE NO. **CR 23 0199 YGR**

12 |      Plaintiff,                     )   <u>VIOLATION</u>:

13 |      v.                                        )   18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License;

14 | NAJEE ERIC THOMPSON,           )   18 U.S.C. § 924(n) – Travel within the United States with Intent to Violate 18 U.S.C. § 922(a)(1)(A);

15 |      Defendant.                   )   18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

16 |                                                      )   OAKLAND VENUE

17

18 |                                  I N D I C T M E N T

19 | The Grand Jury charges:

20 | <u>COUNT ONE</u>:         (18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License)

21 |      Beginning on or about May 12, 2020, and continuing through on or about August 24, 2022, in

22 | the Northern District of California and elsewhere, the defendant,

23 |                               NAJEE ERIC THOMPSON,

24 | not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code,

25 | willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code,

26 | Sections 922(a)(1)(A), 923(a), and 924.

27 | //

28 | //

INDICTMENT

1   COUNT TWO:          (18 U.S.C. § 924(n) – Travel within the United States with Intent to Violate 18

2   U.S.C. § 922(a)(1)(A))

3          Beginning on or about May 12, 2020, and continuing through on or about August 24, 2022, in

4   the Northern District of California and elsewhere, the defendant,

5                              NAJEE ERIC THOMPSON,

6   with the intent to engage in conduct that constitutes a violation of Title 18, United States Code, Sections

7   922(a)(1)(A), traveled from California into Kansas and acquired and attempted to acquire firearms in

8   Kansas in furtherance of such purpose, in violation of Title 18, United States Code, Section 924(n).

9   FORFEITURE ALLEGATION:          (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

10         The allegations contained in the sole count of this Indictment are re-alleged and incorporated by

11  reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)

12  and Title 28, United States Code, Section 2461(c).

13         Upon conviction of the offense set forth in this Indictment, the defendant,

14                             NAJEE ERIC THOMPSON,

15  shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28,

16  United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the

17  offense, including, but not limited to, the following property:

18         a.   one Glock model 22, .40 caliber pistol, bearing serial number BXDZ490; and

19         b.   eight rounds of Seller and Bellot 7.62x39mm caliber ammunition, all seized on

20              August 24, 2022 from the defendant's residence.

21         If any of the property described above, as a result of any act or omission of the defendant:

22         a.       cannot be located upon exercise of due diligence;

23         b.       has been transferred or sold to, or deposited with, a third party;

24         c.       has been placed beyond the jurisdiction of the court;

25         d.       has been substantially diminished in value; or

26         e.       has been commingled with other property which cannot be divided without

27                  difficulty,

28  the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

INDICTMENT                                   2

1  United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

2        All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code,

3  Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

4

5  DATED: June 29, 2023                                    A TRUE BILL.

6

7                                                    /s/ *Foreperson of the Grand Jury*

8                                                    FOREPERSON

9  ISMAIL J. RAMSEY
   United States Attorney

10

11

   /s/ *Benjamin K. Kleinman*

12  BENJAMIN K. KLEINMAN
    Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                                    3