JODI LINKER
Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:  (510) 637-3507
Email:  john_reichmuth@fd.org

Counsel for Defendant Thompson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>NAJEE THOMPSON,<br><br>          Defendant. | **Case No.:** CR 23–00199 YGR<br><br>**LETTERS IN SUPPORT OF SENTENCING MEMORANDUM**<br><br>**Court:** Courtroom 1, 4th Floor<br>**Hearing Date:** November 6, 2025<br>**Hearing Time:** 9:00 a.m. |

Mr. Thompson, by and through counsel, respectfully submits the attached Letters in support of his Sentencing Memorandum.

Dated:  November 3, 2025

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

        /S
_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

Ayesha Chennault
[redacted]
Oakland, CA, 94601
[redacted]@gmail.com
11/2/2025

To Whom It May Concern,

My name is Ayesha Chennault, and I am writing this letter on behalf of my boyfriend, Na'jee Thompson. I have known Na'jee for approximately four years, and during this time, I have had the privilege of witnessing the kind of man, partner, and father he truly is.

Na'jee is a compassionate, dependable, and devoted individual who takes immense pride in his role as a father. I have witnessed his active involvement in his children's lives — from assisting with homework and preparing meals to attending school events and ensuring they always feel supported and loved. He is patient, understanding, and consistently places his children's needs above his own. It is evident how deeply his children admire him and how essential his presence is to their happiness and growth.

In addition to being a wonderful father to his own children, Na'jee has also been a positive and supportive influence in my family's life. He treats my children with kindness and respect, and they have developed a strong and trusting bond with him. He has been an incredible source of help — cooking, cleaning, grocery shopping, and ensuring that everyone in our household is cared for. His presence has brought stability, warmth, and a genuine sense of comfort to our home.

Na'jee is a man who leads by example. He expresses love not merely through words but through his consistent actions. He deeply values family and consistently works to provide for and support those he cares about.

I firmly believe that Na'jee is a good man with a sincere heart and strong family values. His children greatly benefit from his involvement in their lives, and his continued presence is vital to their emotional and personal well-being. He has consistently shown his dedication to being both a committed father and a reliable partner.

Thank you for taking the time to read this letter and for considering my perspective.

Sincerely,
Ayesha Chennault

Yessenia Negrete

REDACTED@gmail.com

To the Honorable judge

My name is Yessenia Negrete. I'm writing you this letter to provide a character reference for Najee Thompson who I have known for 5 years, I'm a friend of his sister/family. Throughout the time that I have known Najee I have seen him be a great father, son, brother, uncle and friend

Najee is a family man who always makes sure everyone around him is happy and fed, he loves to cook. And makes sure he takes a plate to his mom. His kids have always been his priority, which was the motivation for him to better his life and acquire his CDL meanwhile motivating his younger friend to do the same for himself and his family. Providing for his kids was his main focus, but spending time with them was very important to him also, he proudly shared pictures of the football games and duck parks with his babies.

I understand the seriousness of this matter but I do hope the court takes this letter into consideration at sentencing. Najee is not a bad person, he made bad decisions but I believe he has accepted responsibility and is ready to learn from this.

If you have any questions please feel free to reach out.


Sincerely,

Yessenia Negrete

My name is Azriel, and I'm a reseller who also works at Steve Madden and Polo. I'm Najee Thompson's little cousin, and I've known Najee my whole life. He's always been a role model to me someone I've looked up to for as long as I can remember. From family gatherings to everyday life, Najee has always been the kind of person who inspires me to work hard, stay focused, and be my best self. Najee is a great person who's always been there whenever I needed him. When I go to him for advice, he never hesitates to point me in the right direction. He's also an amazing father always there for his kids, supporting them, and giving them everything they need. He spoils them with love, even with dirt bikes and the best clothes, because he always wants them to shine. We all make mistakes in life, but that doesn't define who we are, and it definitely doesn't define Najee. The whole family misses him deeply and we all wish for his return soon. I'll never forget how he used to take me to the park for football drills when I was little, pushing me to be the best player I could be and because of him, I really was. Even though Najee made some bad decisions, I'll always look up to him, because I know he's a good man at heart. No matter what happens, he'll always be my role model.

To whom it may concern,

I am writing the courts today to please take into consideration Najee Thompsons humanity as father and friend.

My name is Cheyann and I have known him well for over 5 years. In that time I have personally been present to see him loving his children and providing for his family by going to work and being present for everyone. With him gone many people are suffering and missing him especially the children.
So I just ask please for leniency on his sentencing so that he can come back home and begin to rehabilitate and recover again for his children and family.

He is one of the most giving and kindest man I've met. While he was home he consistently would give into and back to the community.

-Cheyann Orsua

Jazmin Morris

11/2/25

To the Honorable Judge Gonzalez Rogers,

I am writing this letter on behalf of my brother, Najee Thompson. I know he is before you facing very serious charges, and I don't want to excuse his actions or minimize the situation. My purpose in writing is simply to share who he is beyond this case — as a person, a father, and a member of our family.

Najee has always been someone who works hard and takes pride in providing for his family. Before all of this, he earned his CDL and spent long hours driving and doing honest work to make sure his kids had what they needed. He has always been a devoted father — involved, loving, and consistent. His children look up to him and miss him deeply.

What I've always seen in him is someone who tries, even when life hasn't been easy or he's made mistakes. He's not a bad person — he's someone who's made some bad choices. But I've also seen the side of him that takes accountability, that wants to change, and that genuinely cares about doing better for his kids and our family.

I know he can turn things around if given the chance. He has skills, determination, and most importantly, people who love and support him. We are all here for him and will continue to be a positive influence in his life when he returns home.

Thank you for taking the time to read my letter and consider my perspective. I truly hope you can see the man behind the mistakes — a hardworking father and brother who still has a lot of good to give.

Respectfully,

His favorite sister, Jazmin.

To whom this may concern,

     My name is Kai. I am a procurement specialist for a nationwide insurance brokerage, and I work at a Property management facility for "Shelter in place". I am a friend of Najee; I have known him for 9+ years.

The moment I met Najee. I knew that we would get along and be friends for however long God approves. He has great compassion for people, especially people in need. Example: I saw him go up to a homeless man to talk to him. Before you know it he was buying food and giving money. Not that people don't, but it was that compassion and concern in his eyes. In sequence, he has been through a lot in his life and I know he can relate.

Najee has always had a leader demeanor. Wherever he goes, where he works, so many young men really looked up to him and always wanted to be where he was, even being incarcerated he just gets along with everyone and helps anyone he can.

Knowing Najee as a father. He loves his children very much. No matter what he goes through, his children will always be his second source for therapeutic methods, Praying to Jesus is first. His kids truly keep him grounded and he is the happiest when he is with them, they are his true besties.

Thank you for giving him an opportunity to propose character letters. I pray that your decision will be in the best interest for his mental and physical growth. He is a really awesome human being and very humorous.

Best Regards,
Kai Thomas

To whom it may concern.

My name is Ta'meela Croskey.

my occupation is a certified nursing assistant, this letter is in regards to the defendant Najee Thompson. I have been a friend of Najee for 2 years +.

In the short time i have known him he has been nothing but an impeccable man. I have little to none knowledge of the person he used to be; but I can assure and vouch for the man he is today. Since Najee has came into my life he's always pushed me to be a better not only person but woman. Najee is very intelligent and intellectual, a great friend and an even better father. His words of encouragement helps me as well as others through trials and everywhere he goes his light shines. His family his friends and especially his kids misses him and feels his absence and the joy he would bring to us all He's not perfect but we all make mistakes and deserve another chance. He is not the same man he used to be and has become an upstanding individual in our community and many lives. Despite the things he's done in the past and his mistakes Najee has changed his life and is now a Christian man in addition, his kids see him as Superman, he can never do wrong in their eyes. The father he is should be a role model to all fathers I know he misses them a lot and i'm sure being away from them also isn't easy being that he is a very active father in their lives . I say all of this to say ;I know you have a job to do and I won't ask for leniency, but i do believe that everyone deserves another chance, just know that he is loved and missed by plenty.

Thank you

sincerely -Ta'meela croskey

To: The Honorable Judge
Re: Character Letter for Najee Thompson

Your Honor,

My name is Latrenda Leslie, and I am writing this letter regarding Najee Thompson. I have known Najee since I was 13 years old, and we share children together.

I want to be transparent in saying that my relationship and history with Najee have been very difficult. Over the years, he has often put his own needs above those of our children and has made choices that caused significant pain and instability within our family. There were times when his actions reflected selfishness and disregard, both as a partner and as a father.

Despite that, I believe in the importance of children having the opportunity to know their father. Even though Najee has not always lived up to that role, I hope that this situation can be a turning point for him. I hope he is encouraged by reflection, accountability, and a sincere effort to build a healthier, more positive connection with his children.

Research and experience both show that children benefit from having their fathers involved in their lives when that involvement is safe, stable, and focused on their wellbeing. I sincerely hope that Najee uses this time to make the changes necessary to be that kind of presence for them.

Thank you for taking the time to read this letter and for considering the best interests of our children in your decision.

Respectfully,

Latrenda Leslie
Hayward, California